

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-12-00540-CV

IN THE MATTER OF THE MARRIAGE
OF ELSA BOLANOS AND JESUS BOLANOS

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. 82,587-2, Honorable Pamela Cook Sirmon, Presiding

May 16, 2013

## ON MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On April 26, 2013, appellant, Jesus Bolanos, filed a motion to dismiss his appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, appellant's appeal is dismissed. See TEX. R. APP. P. 42.1(a)(1). Because appellant's motion does not address costs, costs will be taxed against appellant. See TEX. R. APP. P. 42.1(d). If dismissal will prevent appellee from seeking relief to which she would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice